# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter Of | : | No. 2192 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 215 DB 2015 |
| ADAM J. RODGERS | : | |
| | : | Attorney Registration No. 64987 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2018, on certification by the Disciplinary Board that Adam J. Rodgers, who was suspended for a period of three months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Adam J. Rodgers shall resume active status, subject to the terms of probation, as outlined in this Court's order dated June 1, 2016.